UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COLUMBIA GAS TRANSMISSION
CORPORATION,

               Plaintiff,

  - against -

LEWIS PERRY, YOLANDA PERRY,
ALEXANDER ROAD ASSOCIATION, INC.,
ANTHONY VULPONE, ESTATE OF ANTHONY
VULPONE, ROBERT ANTALOCY,
THOMAS HARRIS, DOLORES A. KORZ,
JOHN P. KILDUFF, KENNETH LEE d/b/a
"I CAN GET IT FOR YOU WHOLESALE",
SALLIE E. HARMON, PAUL RUGGIERO,
MICHELLE RUGGIERO, TERRANCE
DONNARY, ANDREW PERNA, KAREN
PERNA, ROBERT McMAHON, CARL
McMAHON, KELVIN M. LEWIS, MARCHELLE
KIRBY, JHON GORDON, RUTH MONROE,
EDWARD R. MATEO, ROSANN P. MATEO,
ADAM DORAN, NICOLE DORAN, CREDENCE
DEVELOPMENT INC., RICHARD DELISI,
ADELAIDE FAULKNER, PAUL ESPEL,
CAROL ESPEL, DAWN FORNOFF, RICHARD
BURTON, GARY MARINA, and JOHN DOE
NO. "1" through "10" inclusive, the names of the
last ten defendants being ficticous, the true names
being unknown to plaintiff, the parties intended
being those having an ownership interest in
property effected by a certain easement described
in the complaint,

               Defendants.
------------------------------------------------------------X

JUDGE ROBINSON

07 CIV 5739

Civil Action No.

COLUMBIA GAS
TRANSMISSION CORPORATION'S
STATEMENT PURSUANT TO
FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1(a), to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Columbia Gas Transmission Corporation certifies that the following are parent corporations and any publicly held corporations that own 10% or more of the stock of Columbia Gas Transmission Corporation:

               COLUMBIA ENERGY GROUP

NYLIB-436783.1

-2-

Dated:   New York, New York
        June _15_, 2007

REED SMITH LLP

By: _____
    Scott S. McKessy (SM-5479)
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
*Attorneys for Plaintiff Columbia Gas Transmission Corporation*