**MEMO ENDORSED**

LAW OFFICES OF

# ZRAICK, NAHAS & RICH

303 FIFTH AVENUE
NEW YORK, NEW YORK 10016

EDWARD A. ZRAICK (1940-1996)
---------------
EDMUND A. NAHAS
ROBERT PAUL RICH
STUART E. NAHAS *
* Also admitted in NJ, PA and CA

Telephone: (212) 686-0855
Facsimile: (212) 779-9548
EMAIL: STUNAHAS@ZNR.NET

200 MAIN STREET
FORT LEE, NEW JERSEY 07024
Telephone: (201) 947-1101

Respond to: NY Office

July 12, 2007

Via Facsimile (914) 390-4179
Original to Follow

The Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street
Courtroom 621
White Plains, New York 10601

> Re: **Columbia Gas Transmission Corporation –v– Lewis Perry, et.al.**
> **Case Number: 07 CIV 5739**
> **Our File No: 2007-16**

Dear Justice Robinson:

    The undersigned is counsel to the Alexander Road Association, Inc. and has been approached by individually named defendants in the above referenced matter. All of said defendants were served on or around June 27, 2007.

    On June 30, 2007, I was admitted to New York University Hospital for emergency spinal disc surgery, and am currently unable to work from my office.

    Since service by Plaintiff I have been attempting to confirm representation of the following named defendants so as to appear in the above captioned matter:

1. Alexander Road Association, Inc.;
2. Lewis Perry and Yolanda Perry;
3. Edward R. Mateo and Rosann P. Mateo;
4. Adam Doran and Nicole Doran; and
5. Richard Delisi.

    I spoke with Plaintiff's counsel, Scott S. McKessy on July 9, 2007 concerning a reasonable adjournment to answer on behalf of the above listed named defendants. I was informed by Mr. McKessy that the first original date to respond by any defendant is July 16, 2007



The Honorable Stephen C. Robinson
July 12, 2007
Page 2 of 2

As such, I requested a thirty (30) day extension until August 16, 2007 in order to properly engage as counsel the above listed named defendants and respond. Mr. McKessy graciously consented to my requested adjournment.

No previous such request has been made in this matter

I ask that the court grant the extension of time for the undersigned to appear and respond on behalf of the above listed named defendants and any resultant change to the submission date of the proposed Scheduling Order.

Very truly yours,
Zraick, Nahas & Rich

Stuart Nahas (ag)
Stuart E. Nahas

cc. Scott S. McKessy
Reed Smith
599 Lexington Avenue
New York, New York 10022

Sen/2007-16/ltr01-Robinson

The above-listed Defendants now have until August 16, 2007 to answer or otherwise move with respect to the Complaint.

**APPLICATION GRANTED**

Stephen C Robinson
HON. STEPHEN C. ROBINSION 7/12/07