# AFFIDAVIT OF SERVICE

| NEW YORK | UNITED STATES DISTRICT COURT | CASE #: | 07 CIV 5739 |
|---|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | | | 260288/60207 |

COLUMBIA GAS TRANSMISSION CORPORATION

                                                    Plaintiff(s)/Petitioner(s)

against

LEWIS PERRY, ET AL.

                                                    Defendant(s)/Respondent(s)

State of NY
County of Albany     SS

Michael Pickett   being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 7/13/07 at 2:52 PM
at the office of the Secretary of State of the State of New York in the City of Albany, NY,
deponent served the within

CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE, COMPLAINT, COLUMBIA GAS TRANSMISSION CORPORATION'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON

AND SUPPORTING DOCUMENTS

upon:   **CREDENCE DEVELOPMENT INC.**

defendant/respondent in this action by delivering and leaving with **Donna Christie**
authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on: 7/13/2007

_____
Notary Public

                                                 _____
                                               Michael Pickett

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | 94417 |
|---|---|---|---|
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, Stateof NY | |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | |
| Commission expires 8/2/09 | Commission expires 2/6/2013 | Commission Expires 5/30/10 | |

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200707160386                              Cash #: 200707160365
Date of Service:  07/13/2007                          Fee Paid: $40 - DRAWDOWN
Service Company:  09 LIGHTNING LEGAL SERVICES - 09

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:   CREDENCE DEVELOPMENT, INC.



Plaintiff/Petitioner:
           COLUMBIA GAS TRANSMISSION CORPORATION




Service of Process Address:
BARRY M. SWEENEY, ESQ.
OLD POST ROAD PROFESSIONAL BLD
892 ROUTE 35 / PO BOX 814
CROSS RIVER,  NY 10518
                                                    Secretary of State
                                                    By   DONNA CHRISTIE
```