# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| NEW YORK | UNITED STATES DISTRICT COURT | CASE #: 07 CIV 5739 |
| SOUTHERN DISTRICT OF NEW YORK | | 260288/60207 |

COLUMBIA GAS TRANSMISSION CORPORATION

                                          against                      Plaintiff(s)/Petitioner(s)

LEWIS PERRY, ET AL.

                                                      Defendant(s)/Respondent(s)

State of NY
County of Albany     SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 6/25/07 at 1:47 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE, COMPLAINT, COLUMBIA GAS TRANSMISSION CORPORATION'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON**

upon:     **ALEXANDER ROAD ASSOCIATION, INC.**

defendant/respondent in this action by delivering and leaving with Donna Christie authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Not-for-Profit Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on: 6/25/2007

_Notary Public signature_
Notary Public

_Michael Pickett signature_
Michael Pickett

| | | | |
|---|---|---|---|
| Claudia M. Murphy<br>Notary Public, State of NY<br>No 01MU5016071<br>Qualified in Albany County<br>Commission expires 8/2/09 | Kerry Gunner<br>Notary Public, State of NY<br>No 01GU5038710<br>Qualified in Albany County<br>Commission expires 2/6/2013 | Jessica DeVoe<br>Notary Public, Stateof NY<br>No 01DE6042657<br>Qualified in Albany County<br>Commission Expires 5/30/10 | 93666 |

```
                    State of New York - Department of State
                               Receipt for Service


Receipt #:  200706270215                        Cash #: 200706270205
Date of Service:  06/25/2007                    Fee Paid: $40 - CHECK
Service Company:  09 LIGHTNING LEGAL SERVICES - 09

Service was directed to be made pursuant to:  SECTION 306 OF THE
   NOT-FOR-PROFIT CORPORATION LAW

Party Served:  ALEXANDER ROAD ASSOCIATION, INC.



Plaintiff/Petitioner:
          COLUMBIA GAS TRANSMISSION CORPORATION




Service of Process Address:
LEWIS PERRY
189 ALEXANDER ROAD
MONROE, NY 10950

                                                Secretary of State
                                                By  DONNA CHRISTIE
```