**WALSH INVESTIGATIVE AND SECURITY CONSULTANTS, INC.**
**PO Box 524, Fishkill, New York 12524 Phone: (845) 898-3566**

Client: REED, SMITH
Index No.: 07 CIV 5739
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
COLUMBIA GAS TRANSMISSION
CORPORATION,

       Plaintiff/Petitioner        AFFIDAVIT OF SERVICE

    -against-

LEWIS PERRY, YOLANDA PERRY, et al.,

       Defendant/Respondent
----------------------------------x

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on 06/28/07 at 7:32 PM, at **268 NELSON RD., MONROE, NY, 10950** deponent served the within **CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE, COMPLAINT, COLUMBIA GAS TRANSMISSION CORPORATION'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON** on **DAWN FORNOFF** DEFENDANT therein named,

Individual    by delivering a true copy of each to said DEFENDANT personally; deponent knew the person so served to be the person described as said DEFENDANT therein.
At the time of service, deponent asked whether DEFENDANT is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

Description    Skin: **WHITE**    Sex: **FEMALE**    Hair: **BROWN**
Weight: **140**   Height: **5'5**   Age: **35**   Other Identifying Features:

Sworn to before me this
2nd. day of July 2007

_____
Heather Lee Lawson
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/10

LINDA JOHNSON