WALSH INVESTIGATIVE AND SECURITY CONSULTANTS, INC.
PO Box 524, Fishkill, New York 12524 Phone: (845) 898-3566

Client: REED, SMITH
Index No.: 07 CIV 5739
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
COLUMBIA GAS TRANSMISSION
CORPORATION,
       Plaintiff/Petitioner    AFFIDAVIT OF SERVICE
   -against-
LEWIS PERRY, YOLANDA PERRY, et al.,
      Defendant/Respondent
------------------------------------x

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on **06/28/07** at **8:20 PM**, at **144 ALEXANDER RD., MONROE, NY, 10950** deponent served the within **CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE, COMPLAINT, COLUMBIA GAS TRANSMISSION CORPORATION'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON** on **EDWARD R. MATEO** DEFENDANT therein named,

| | |
|---|---|
| Suitable Age Person | by delivering a true copy of each to **ROSANN P. MATEO (WIFE)** a person of suitable age and discretion. Said premises is DEFENDANT's residence within the state. At the time of service, deponent asked whether DEFENDANT is in the active military service for the United States of America or for the State in any capacity whatever and received a negative reply. |
| Mailing | On 07/*10*/07, deponent enclosed a copy of same in a first class, postpaid envelope properly addressed to DEFENDANT at DEFENDANT's residence at the above address and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and was mailed by REGULAR mail. Certified Mailing No. |
| Description | Skin: **WHITE**   Sex: **FEMALE**   Hair: **BROWN/GRAY**   Weight: **130**   Height: **5'3**   Age: **63**   Other Identifying Features: |

Sworn to before me this
*10th* day of July 2007

_____
Heather Lee Lawson
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/10

_____
LINDA JOHNSON