ECF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
**COLUMBIA GAS TRANSMISSION CORPORATION,**

                                *Plaintiff*,    Civil Action No.:
                                                    07-CIV-5739

    *-against-*

**LEWIS PERRY, YOLANDA PERRY, ALEXANDER**    **DEFENDANT**
**ROAD ASSOCIATION, INC., ANTHONY VULPONE,**    **CREDENCE**
**ESTATE OF ANTHONY VULPONE, ROBERT**    **DEVELOPMENT, INC.'S**
**ANTALOCY, THOMAS HARRIS, DOLORES**    **STATEMENT**
**A. KORZ, JOHN P. KILDUFF, KENNETH LEE d/b/a**    **PURSUANT TO FED.**
**"I CAN GET IT FOR YOU WHOLESALE", SALLIE**    **R. CIV. P. 7.1**
**E. HARMON, PAUL RUGGERIO, MICHELLE**
**RUGGERIO, TERRANCE DONNARY, ANDREW PERNA,**
**KAREN PERNA, ROBERT McMAHON, CARL McMAHON,**
**KELVIN M. LEWIS, MARCHELLE KIRBY, JHON**
**GORDON, RUTH MONROE, EDWARD R. MATEO,**
**ROSANN P. MATEO, ADAM DORAN, NICOLE DORAN,**
**CREDENCE DEVELOPMENT, INC., RICHARD DELISI,**
**ADELAIDE FAULKNER, PAUL ESPEL, CAROL ESPEL,**
**DAWN FORNOFF, RICHARD BURTON, GARY MARINA,**
**and JOHN DOE NO. "1" through "10", inclusive, the names**
**of the last ten defendants being ficticous, the true names**
**being unknown to plaintiff, the parties intended being**
**those having an ownership interest in property effected**
**by a certain easement described in the complaint,**

                                *Defendants*.
-------------------------------------------------------------------------------x

    Pursuant to Fed. R. Civ. P. 7.1(a), to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Credence Development, Inc. certifies that NO parent corporation and/or publicly held corporation owns 10% or more of its stock.

DATED: August 14, 2007

**ZRAICK, NAHAS & RICH**

By: _____S/_____
      Stuart E. Nahas, Esq. (SN-8206)
      303 Fifth Avenue
      New York, New York 10016
      (212) 686-0855
Attorneys for Defendants and Counter-Claimants Lewis Perry, Yolanda Perry, Alexander Road Association, Inc., Edward R. Mateo, Rosann P. Mateo, Adam Doran, Nicole Doran, Credence Development, Inc. and Richard Delisi

Sen/2007-16/Credence Statement per FRCP 7.1