UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
COLUMBIA GAS TRANSMISSION CORP.,

                                      Plaintiff,                  Case No. 07 Civ. 5379 (JG)

                                                             Affidavit of Service

      -against-

LEWIS PERRY, ET AL.,

                                   Defendants.
-----------------------------------------------------------------x
STATE OF NEW JERSEY)
COUNTY OF MONMOUTH)ss:

       1.     Daniel Crifo, being duly sworn, deposes and says that I am not a party to this action or proceeding and am over the age of 18.

       2. On August 1, 2007 at 6:55 P.M. at 120 Bank Street, Midland Park, NJ, I served the Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet and Judge's Rules upon Anthony Vulpone, indivudually and as one of the executors of the Estate of Anthony Vulpone, by delivering to and leaving a true copy with Heather Vulpone, upon information and belief, his wife, personally. Based upon the conversation had with defendant, I aver that defendant is not in the military service.

       3. Description of the person served is as follows: Female; White skin; approx. 35 years of age; approx. 5'5"; approx. 120 lbs.; Light Brown hair.

                                                                        _____
                                                                        Daniel Crifo

Sworn to me this 3rd day of August, 2007.

_____
JOHN F. VERGA, NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 1/24/08