NOTICE OF LAWSUIT AND REQUEST FOR
WAIVER OF SERVICE FO SUMMONS

TO:        RUTH FRAZER-MUNROE

     A lawsuit has been commenced against you. A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the _____Southern_____ District of _____New York_____ and has been assigned docket number _____07 CIV 5739_____.

     This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within __60__ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

     If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served upon you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 90 days from the date designated below as the date on which this notice is sent.

     If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

     I affirm that this request is being sent to you on behalf of the plaintiff, this __2nd__ day of August, 2007.

                                                  Scott S. McKessy
                                                 REED SMITH LLP
                                                 599 Lexington Avenue
                                                 New York, New York 10022
                                                 212-521-5400
                                                 Attorneys for Plaintiff, Columbia Gas
                                                   Transmission Corporation

NYLIB-442194.1