## CERTIFICATE OF SERVICE

I, Scott S. McKessy, hereby certify that on the 5th day of September, 2007, I caused a true and correct copy of the within Reply to be served by first class mail, postage prepaid, addressed to:

>Stuart E. Nahas, Esq.
>Zraick, Nahas & Rich
>303 Fifth Avenue
>New York, New York  10016

___/s/_____
Scott S. McKessy