UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | Civil Action No. 07 cv 5739 (KMK) ECF CASE |
| Plaintiff, | |
| - against - | |
| LEWIS PERRY, YOLANDA PERRY, ALEXANDER ROAD ASSOCIATION, INC., ANTHONY VULPONE, ESTATE OF ANTHONY VULPONE, ROBERT ANTALOCY, THOMAS HARRIS, DOLORES A. KORZ, JOHN P. KILDUFF, KENNETH LEE d/b/a "I CAN GET IT FOR YOU WHOLESALE", SALLIE E. HARMON, PAUL RUGGIERO, MICHELLE RUGGIERO, TERRANCE DONNARY, ANDREW PERNA, KAREN PERNA, ROBERT McMAHON, CARL McMAHON, KELVIN M. LEWIS, MARCHELLE KIRBY, JHON GORDON, RUTH MONROE, EDWARD R. MATEO, ROSANN P. MATEO, ADAM DORAN, NICOLE DORAN, CREDENCE DEVELOPMENT INC., RICHARD DELISI, ADELAIDE FAULKNER, PAUL ESPEL, CAROL ESPEL, DAWN FORNOFF, RICHARD BURTON, GARY MARINA, and JOHN DOE NO. "1" through "10" inclusive, the names of the last ten defendants being ficticous, the true names being unknown to plaintiff, the parties intended being those having an ownership interest in property effected by a certain easement described in the complaint, | **CLERK'S CERTIFICATE** |
| Defendants. | |

------------------------------------------------------------X

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 15 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on the following defendants:

1. Robert Antalocy was personally served with the Summons and Complaint on June 25, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

2. Dolores Korz was served, via substituted service upon John Kilduff, with the Summons and Complaint, on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

3. John Kilduff was personally served with the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

4. Sallie Harmon was served, via substituted service upon Donna Randall, with Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

5. Paul Ruggiero was personally served with a copy of the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

6. Michelle Ruggiero was served, via substituted service upon Paul Ruggiero, with Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

7. Terrance Donnary was personally served with the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

8. Andrew Perna was personally served with the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

9. Karen Perna was personally served with the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

10. Kelvin Lewis was personally served with the Summons and Complaint on June 25, 2007. The affidavit of service was filed with the Clerk of the Court on June 28, 2007.

11. Marchelle Kirby was personally served with the Summons and Complaint on June 25, 2007. The affidavit of service was filed with the Clerk of the Court on June 28, 2007.

12. Adelaide Faulkner was personally served with the Summons and Complaint on June 27, 2007. The affidavit of service was filed with the Clerk of the Court on August 16, 2007.

13. Paul Espel was personally served with the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

14. Carol Espel was served, via substituted service upon Paul Espel, with the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 26, 2007.

15. Dawn Fornoff was personally served with the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

16. Richard Burton was personally served with the Summons and Complaint on June 28, 2007. The affidavit of service was filed with the Clerk of the Court on July 25, 2007.

17. Jhon Gordon was personally served with the Summons and Complaint on July 17, 2007. The affidavit of service was filed with the Clerk of the Court on July 26, 2007.

18. The Estate of Anthony Vulpone was served with a copy of the Summons and Complaint in this action by serving Anthony Vulpone, executor, via substituted service upon Heather Vulpone, on August 1, 2007. The affidavit of service was filed with the Clerk of the Court on August 16, 2007. An additional copy of the Summons and Complaint was personally served upon Vivian Vulpone, executrix, on August 16, 2007.

I further certify that the docket entries indicate that the above defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated:  White Plains, New York
        October _1_, 2007

                            J. MICHAEL MCMAHON
                            Clerk of the Court


                            By: _____
                                Deputy Clerk