UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLUMBIA GAS TRANSMISSION : Civil Action No. 07 cv 5739 (KMK)
CORPORATION, ECF CASE
:
                Plaintiff,
:
  - against -
:
LEWIS PERRY, YOLANDA PERRY,
ALEXANDER ROAD ASSOCIATION, INC., :
ANTHONY VULPONE, ESTATE OF ANTHONY
VULPONE, ROBERT ANTALOCY, :
THOMAS HARRIS, DOLORES A. KORZ,
JOHN P. KILDUFF, KENNETH LEE d/b/a :
"I CAN GET IT FOR YOU WHOLESALE",
SALLIE E. HARMON, PAUL RUGGIERO, :
MICHELLE RUGGIERO, TERRANCE
DONNARY, ANDREW PERNA, KAREN
PERNA, ROBERT McMAHON, CARL
McMAHON, KELVIN M. LEWIS, MARCHELLE :
KIRBY, JHON GORDON, RUTH MONROE,
EDWARD R. MATEO, ROSANN P. MATEO, :
ADAM DORAN, NICOLE DORAN, CREDENCE
DEVELOPMENT INC., RICHARD DELISI, :
ADELAIDE FAULKNER, PAUL ESPEL,
CAROL ESPEL, DAWN FORNOFF, RICHARD :
BURTON, GARY MARINA, and JOHN DOE
NO. "1" through "10" inclusive, the names of the :
last ten defendants being ficticous, the true names
being unknown to plaintiff, the parties intended :
being those having an ownership interest in
property effected by a certain easement described :
in the complaint,
:
                Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                                ss.:
COUNTY OF NEW YORK  )

       Betzaida Torres, being duly sworn, deposes and states:

       I am not a party to this action; I am over the age of 18 years and reside in Richmond County, New York.

       On October 2, 2007, I served a true and correct copy of the within **ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT AND PRELIMINARY RELIEF, CLERK'S**

- 2 -

CERTIFICATE, DECLARATIONS IN SUPPORT OF PRELIMINARY RELIEF, DECLARATION IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT and MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION upon defendants at the following addresses via overnight delivery:

SEE ATTACHED SERVICE LIST

_____
Betzaida Torres

Sworn to before me this
2nd day of October, 2007

_____
Notary Public

SCOTT S. MCKESSY
Notary Public, State of New York
No. 02MC5068090
Qualified in New York County
Commission Expires October 28, 2010

- 2 -

## COLUMBIA GAS v. PERRY, et al.

### SERVICE LIST
As of October 1, 2007

Stuart E. Nahas, Esq.
Zraick, Nahas & Rich
303 Fifth Avenue
New York, New York 10016
Tel: 212-686-0855
Fax: 212-779-9548

**Attorneys for Defendants
Alexander Road Association, Inc.
Lewis and Yolanda Perry
Edward and Rosann Mateo
Adam and Nicole Doran
Richard Delisi
Credence Development, Inc.**

ROBERT ANTALOCY
105 Jarmain Road
Monroe, New York 10950

THOMAS HARRIS
328 Flatbush Avenue
Brooklyn, New York 11238

DOLORES A. KORZ
129 Jarmain Road
Monroe, New York 10950

JOHN P. KILDUFF
129 Jarmain Road
Monroe, New York 10950

SALLIE E. HARMON
295 Old Dutch Hollow Road
Monroe, New York 10950

PAUL RUGGIERO
291 Old Dutch Hollow Road
Monroe, New York 10950

MICHELLE RUGGIERO
291 Old Dutch Hollow Road
Monroe, New York 10950

TERRANCE DONNARY
315 Old Dutch Hollow Road
Monroe, New York 10950

ANDREW PERNA
322 Old Dutch Hollow Road
Monroe, New York 10950

KAREN PERNA
322 Old Dutch Hollow Road
Monroe, New York 10950

ROBERT McMAHON
296 Old Dutch Hollow Road
Monroe, New York 10950

CAROL McMAHON
296 Old Dutch Hollow Road
Monroe, New York 10950

KELVIN M. LEWIS
168-10 127th Street
Jamaica, New York 11434

MARCHELLE KIRBY
168-10 127th Street
Jamaica, New York 11434

ADELAIDE FAULKNER
2200 Madison Avenue
New York, New York 10037

PAUL ESPEL
263 Nelson Road
Monroe, New York 10950

CAROL ESPEL
263 Nelson Road
Monroe, New York 10950

DAWN FORNOFF
268 Nelson Road
Monroe, New York 10950

RICHARD BURTON
268 Nelson Road
Monroe, New York 10950

GARY MARINA
266 Nelson Road
Monroe, New York 10950

JHON GORDON
P.O. Box 383
Greenwood Lake, New York 10925

ESTATE OF ANTHONY VULPONE
P.O. Box 937
Greenwood Lake, New York 10925

KENNETH LEE d/b/a "I CAN GET IT FOR YOU WHOLESALE"
P.O. Box 296
Washingtonville, New York 10992

RUTH MONROE
16 Seventh Street
Mount Lambert
Trinidad, West Indies
00109-6000

NYLIB-453621.1