UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
**COLUMBIA GAS TRANSMISSION CORPORATION,**

                              *Plaintiff*,

       -*against*-

**LEWIS PERRY, YOLANDA PERRY, ALEXANDER ROAD ASSOCIATION, INC., ANTHONY VULPONE, ESTATE OF ANTHONY VULPONE, ROBERT ANTALOCY, THOMAS HARRIS, DOLORES A. KORZ, JOHN P. KILDUFF, KENNETH LEE d/b/a "I CAN GET IT FOR YOU WHOLESALE", SALLIE E. HARMON, PAUL RUGGERIO, MICHELLE RUGGERIO, TERRANCE DONNARY, ANDREW PERNA, KAREN PERNA, ROBERT McMAHON, CARL McMAHON, KELVIN M. LEWIS, MARCHELLE KIRBY, JHON GORDON, RUTH MONROE, EDWARD R. MATEO, ROSANN P. MATEO, ADAM DORAN, NICOLE DORAN, CREDENCE DEVELOPMENT, INC., RICHARD DELISI, ADELAIDE FAULKNER, PAUL ESPEL, CAROL ESPEL, DAWN FORNOFF, RICHARD BURTON, GARY MARINA, and JOHN DOE NO. "1" through "10", inclusive, the names of the last ten defendants being ficticous, the true names being unknown to plaintiff, the parties intended being those having an ownership interest in property effected by a certain easement described in the complaint,**

                              *Defendants*.
-------------------------------------------------------------------------------x

Civil Action No.:
07-CIV-5739 (KMK)

ECF CASE

**AFFIDAVIT OF SERVICE**

State of New York    )
                           ss.:
County of New York  )

    Michelle Rodriguez, being duly sworn, deposes and says:

    I am not a party to this action. I am over the age of 18 years and reside at 130 East 177 Street, Bronx, New York 10453.

2

On October 3, 2007, I served a true and correct copy of the within DECLARATION IN OPPOSITION TO PLAINTIFF'S ORDER TO SHOW CAUSE as follows:

To Plaintiff's counsel, Scott. S. Mckessy, Esq., Reed Smith LLP, 599 Lexington Avenue, 29th Floor, New York, New York 10022 via Facsimile (212-521-5450) and via Overnight Delivery (Federal Express, Tracking No.: 862395559758);

Courtesy Copy to the Court, The Honorable Kenneth M. Karas, United States District Court, Southern District of New York, United States Courthouse, 300 Quarropas Street, Chambers 533, White Plains, New York 10601-4150 via First Class Mail.

Executed on this 3rd day of October, 2007.

                                                                                            S/
                                                                    Michelle Rodriguez

Sworn to before me this 3rd
day of October 2007

    S/
Notary Public

*Sen/2007-16/Affidavit of Service of Opposition to Order to Show Cause*

2