UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLUMBIA GAS TRANSMISSION : Civil Action No. 07 cv 5739 (KMK)
CORPORATION, ECF CASE
:
            Plaintiff,
:
   - against -
:
LEWIS PERRY, YOLANDA PERRY,
ALEXANDER ROAD ASSOCIATION, INC., :
ANTHONY VULPONE, ESTATE OF ANTHONY
VULPONE, ROBERT ANTALOCY, :
THOMAS HARRIS, DOLORES A. KORZ,
JOHN P. KILDUFF, KENNETH LEE d/b/a :
"I CAN GET IT FOR YOU WHOLESALE",
SALLIE E. HARMON, PAUL RUGGIERO, :
MICHELLE RUGGIERO, TERRANCE
DONNARY, ANDREW PERNA, KAREN :
PERNA, ROBERT McMAHON, CARL
McMAHON, KELVIN M. LEWIS, MARCHELLE :
KIRBY, JHON GORDON, RUTH MONROE,
EDWARD R. MATEO, ROSANN P. MATEO, :
ADAM DORAN, NICOLE DORAN, CREDENCE
DEVELOPMENT INC., RICHARD DELISI, :
ADELAIDE FAULKNER, PAUL ESPEL,
CAROL ESPEL, DAWN FORNOFF, RICHARD :
BURTON, GARY MARINA, and JOHN DOE
NO. "1" through "10" inclusive, the names of the :
last ten defendants being ficticous, the true names
being unknown to plaintiff, the parties intended :
being those having an ownership interest in
property effected by a certain easement described :
in the complaint,
:
            Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK      )
                       ss.:
COUNTY OF NEW YORK     )

      Betzaida Torres, being duly sworn, deposes and states:

      I am not a party to this action; I am over the age of 18 years and reside in Richmond County, New York.

      On October 5, 2007, I served a true and correct copy of **PLAINTIFF COLUMBIA GAS TRANSMISSION CORPORATION'S REPLY MEMORANDUM OF LAW IN FURTHER**

NYLIB-453610.2

- 2 -

SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and REPLY DECLARATION IN FURTHER SUPPORT OF PRELIMINARY RELIEF upon defendant at the following addresses via hand deliver and facsimile:

Stuart E. Nahas, Esq.
Zraick, Nahas & Rich
303 Fifth Avenue
New York, New York 10016

_____
Betzaida Torres

Sworn to before me this
5th day of October, 2007

_____
Notary Public

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 31-4919484
Qualified in Queens County
Commission Expires February 16, 20 10