UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COLUMBIA GAS TRANSMISSION : Civil Action No. 07-5739 (KMK)
CORPORATION,
                          :
            Plaintiff,
                          :
      - against -         :   ~~DECISION and~~ ORDER

LEWIS PERRY, YOLANDA PERRY,  :
ALEXANDER ROAD ASSOCIATION, INC.,
ANTHONY VULPONE, ESTATE OF ANTHONY :
VULPONE, ROBERT ANTALOCY,
THOMAS HARRIS, DOLORES A. KORZ, :
JOHN P. KILDUFF, KENNETH LEE d/b/a
"I CAN GET IT FOR YOU WHOLESALE", :
SALLIE E. HARMON, PAUL RUGGIERO,
MICHELLE RUGGIERO, TERRANCE
DONNARY, ANDREW PERNA, KAREN :
PERNA, ROBERT McMAHON, CARL
McMAHON, KELVIN M. LEWIS, MARCHELLE :
KIRBY, JHON GORDON, RUTH MONROE,
EDWARD R. MATEO, ROSANN P. MATEO, :
ADAM DORAN, NICOLE DORAN, CREDENCE
DEVELOPMENT INC., RICHARD DELISI, :
ADELAIDE FAULKNER, PAUL ESPEL,
CAROL ESPEL, DAWN FORNOFF, RICHARD :
BURTON, GARY MARINA, and JOHN DOE
NO. "1" through "10" inclusive, the names of the :
last ten defendants being ficticous, the true names
being unknown to plaintiff, the parties intended :
being those having an ownership interest in
property effected by a certain easement described :
in the complaint,
                          :
            Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

It is hereby ordered that the instant application filed by Columbia Gas Transmission Corporation ("Columbia") and brought by Order to Show Cause, dated October 1, 2007 is hereby granted as to defendants Anthony Vulpone, Estate Of Anthony Vulpone, Robert Antalocy, Thomas Harris, Dolores A. Korz, John P. Kilduff, Kenneth Lee D/B/A "I Can Get It For You Wholesale", Sallie E. Harmon, Paul Ruggiero, Michelle Ruggiero, Terrance Donnary, Andrew Perna, Karen Perna, Kelvin M. Lewis, Marchelle Kirby, Jhon Gordon, Adelaide Faulkner, Paul Espel, Carol Espel,

Dawn Fornoff, Richard Burton (the "Non-Appearing Defendants"), and Thomas Harris and Kenneth Lee d/b/a "I Can Get It For You Wholesale" (the "Non-Responding Defendants") as follows:

1. Granting Columbia, its agents and assigns, immediate access to the properties of the Non-Appearing Defendants and the Non-Responding Defendants in order to perform preconstruction work in connection with the Millennium Pipeline Project.

2. Granting the entry of a default judgment against the Non-Appearing Defendants for the relief requested in the Complaint, without awarding costs or any other monetary award against the Non-Appearing Defendants. Additionally, this action is hereby severed as to the Non-Appearing Defendants.

3. Granting Columbia an additional 90 days, from the date of entry of this order, in order to serve the Summons and Complaint upon the Non-Responding Defendants.

4. Nothing contained in this Order shall affect the rights of Defendants Lewis Perry, Yolanda Perry, Alexander Road Association, Edward Mateo, Rosann Mateo, Adam Doran, Nicole Doran, Credence Development, Inc. or Richard Delisi.

Dated: October 16, 2007

Honorable Kenneth M. Karas
U.S.D.J.