Bond No. **6282691-79**

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
NEW YORK

Columbia Gas Transmission Corporation     Civil No. 07-5739 (KMK)
                         Plaintiff

Vs.

Lewis and Yolanda Perry - tract number 110339
125 Alexander Road, Greenwood Lake, New York.

Alexander Road Association
c/o 125 Alexander Road, Greenwood Lake, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```

Anthony Vulpone/the Estate of Anthony Vulpone - tract number 110313
P.O. Box 937, Greenwood Lake, New York 10925.

Robert Antalocy - tract number 110314
105 Jarmain Road, Monroe, New York 10950.

Thomas Harris - tract number 110316
328 Flatbush Avenue, Brooklyn, New York 11238

Dolores A. Korz and John P. Kilduff - tract number 110320
129 Jarmain Road, Monroe, New York 10950.

Kenneth Lee d/b/a "I Can Get It For You Wholesale" - tract number 110321
PO Box 296, Washingtonville, New York 10992.

Sallie E. Harmon - tract number 110323
295 Old Dutch Hollow Road, Monroe, New York 10950.

Paul and Michelle Ruggiero - tract number 110324
291 Old Dutch Hollow Road, Monroe, New York 10950.

Terrance Donnary - tract number 110325
315 Old Dutch Hollow Road, Monroe, New York 10950.

Andrew and Karen Perna -tract number 110327
322 Old Dutch Hollow Road, Monroe, New York 10950.

Robert and Carol McMahon - tract number 110328
296 Old Dutch Hollow Road, Monroe, New York 10950.

Kelvin M. Lewis and Marchelle Kirby - tract number 110330
168-10 127th Street, Jamaica, New York, 11434.

Jhon Gordon - tract numbers 110332 (74 Alexander Road) and 110334 (70 Alexander Road)
PO Box 383, Greenwood Lake, New York 10925.

Ruth Monroe - tract number 110333
16 Seventh Street Mount Lambert, Trinidad, West Indies, 00109-6000.

Edward R. and Rosann P. Mateo - tract number 110335,
144 Alexander Road, Monroe, New York 10950.

Adam and Nicole Doran - tract number 110336
146 Alexander Road, Monroe, New York 10950.

Credence Development Inc. - tract number 110337
136 Alexander Road, Monroe, New York 10950.

Richard Delisi - tract number 110339
155 Alexander Road, Monroe, New York 10950.

Adelaide Faulkner - tract number 110340
2200 Madison Avenue, New York, New York 10037.

Paul and Carol Espel - tract number 110341
263 Nelson Road, Monroe, New York 10950.

Dawn Fornoff and Richard Burton - tract number 110343
268 Nelson Road, Monroe, New York 10950.

Gary Marina - tract number 110344
266 Nelson Road, Monroe, New York 10950.

    Defendant

### INJUNCTION BOND

KNOW ALL BY THESE PRESENTS, That we, **Columbia Gas Transmission Corporation** as Principal and **SAFECO Insurance Company of America**, a corporation organized and existing under the laws of the State of **Washington**, and authorized to transact business in the State of Virginia, as Surety, are held and firmly bound unto the above named Defendants in the full and just sum of **Thirty Thousand and 00/100 ($30,000.00)** lawful money of the United States, for the payment of which well and truly to be made, we hereby bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this **25th** day of **October, 2007**.

WHEREAS, the above named Plaintiff has this day filed suit in the above entitled Court against the Defendants above named, and has applied for an injunction against the Defendants above named, and WHEREAS, the Court has by its order heretofore entered herein and fixed the bond to be given herein in the sum of **Thirty Thousand and 00/100 ($30,000.00) Dollars;**

NOW, THEREFORE, if the above named Principal shall pay all damages and costs which may accrue by reason of said injunction, not exceeding, however, the penalty of this bond, then this obligation to be null and void; otherwise to be and remain in full force and effect.

**COLUMBIA GAS TRANSMISSION CORPORATION**
*Principal*
By: _____

**SAFECO INSURANCE COMPANY OF AMERICA**
*Surety*
By: _____
Mark W. Edwards, II   Attorney-In-Fact

Approved this _____ day of _____, 2007.

_____
Judge

Approved
10/31/07
S/Michael McMahon
Clerk

Deputy Clerk



**POWER OF ATTORNEY**

Safeco Insurance Company of America
General Insurance Company of America
Safeco Plaza
Seattle, WA 98185

No. 5904

**KNOW ALL BY THESE PRESENTS:**

That **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, each a Washington corporation, does each hereby appoint

*********************MARK W. EDWARDS II; RONALD B. GIADROSICH; JEFFREY M. WILSON; Birmingham, Alabama************************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

**IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents**

this  2nd  day of  May , 2007

**STEPHANIE DALEY-WATSON, SECRETARY**          **TIM MIKOLAJEWSKI, SENIOR VICE-PRESIDENT, SURETY**

**CERTIFICATE**

Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA:**

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
 (i)   The provisions of Article V, Section 13 of the By-Laws, and
 (ii)  A copy of the power-of-attorney appointment, executed pursuant thereto, and
 (iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Stephanie Daley-Watson, Secretary of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation**

this  25th  day of  October , 2007

**STEPHANIE DALEY-WATSON, SECRETARY**

Safeco® and the Safeco logo are registered trademarks of Safeco Corporation.

S-0974/DS 4/05                                                                                                                          WEB PDF