# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

**Scott S. McKessy**
Direct Phone: +1 212 521 5421
Email: smckessy@reedsmith.com

November 8, 2007

Ed Bruno, Esq.
15 Bruyn Avenue
Pinebush, New York 12566

    Re:    Columbia Gas Transmissions Corporation v. Lewis Perry, *et al.*
           07 cv 5739 (KMK)

Dear Ed:

    Pursuant to our telephone conversation, enclosed herein is a copy of the Summons and Complaint for service upon Mr. Lee. I am also enclosing a copy of a proposed Consent Agreement in hopes of being able to resolve this matter quickly. Please acknowledge below your receipt of this letter and the enclosed Summons and Complaint. By acknowledging below, you represent that you are authorized by Mr. Lee to accept service upon his behalf and that he will have thirty (30) days from the date of your signature in which to respond to the complaint.

    Thank you for your cooperation in this regard and if you have any questions, please do not hesitate to contact me.

           Very truly yours,

           Scott S. McKessy

SSM/bt
Enclosures

ACKNOWLEDGE RECEIPT:      Dated: 1/12/08

           Edward C. Bruno

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND

MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-457961.1