USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

LAW OFFICES OF
## ZRAICK, NAHAS & RICH
303 FIFTH AVENUE
NEW YORK, NEW YORK 10016
Telephone: (212) 686-0855
Facsimile (212) 779-9548
EMAIL: STUNAHAS@ZNR.NET

EDWARD A. ZRAICK (1940-1996)

EDMUND A. NAHAS
ROBERT PAUL RICH
STUART E. NAHAS *
* Also admitted in NJ, PA and CA

200 MAIN STREET
FORT LEE, NEW JERSEY 07024
Telephone: (201) 947-1101

Respond to: NY Office

**MEMO ENDORSED**

February 26, 2008

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

    Re:    **Columbia Gas Transmission Corporation vs.
            Lewis Perry, et. al.
            USDC Case Number: 07-CIV-5739
            Our File No.: 2007-16**

Dear Judge Kaplan:

    The undersigned represents Defendants Lewis Perry and Yolanda Perry, Alexander Road Association, Inc., Edward R. Mateo and Rosann P. Mateo, Adam Doran and Nicole Doran, Credence Development, Inc. and Richard Delisi (collectively the "Responding Defendants") in the above referenced matter.

    It is my understanding that all named Defendants have appeared before the court, waived service or have been adjudicated in Default by the Court pursuant to Order entered October 23, 2007. By Order entered the same day, Responding Defendants rights were preserved.

    This matter was re-assigned from Judge Robinson to your Honor on September 20, 2007; on September 21, 2007 a Scheduling Order was entered by Judge Robinson. Plaintiff and the Responding Defendants do not have a Scheduling Order now that this matter is before you.

    We write the court in accordance to your rules to seek a pre-motion conference prior to Responding Defendants desire to move for Summary Judgment. Responding Defendants are of the belief that this matter may be adjudicated via such motion and without the necessity of discovery.

The Honorable Kenneth M. Karas
February 26, 2008
Page 2 of 2

     If, in the alternative, the Plaintiff requires discovery, we ask the Court to set Initial Case Management Conference so that any discovery and anticipated motions, by either party, can be scheduled.

     It is Responding Parties' belief that the Plaintiff will begin construction that will affect Responding Parties' properties in the next few months; therefore, it behooves both parties to resolve this matter as soon as possible.

     If this is agreeable, we respectfully request the Court schedule a pre-motion conference or, in the alternative, schedule an Initial Case Management Conference.

Very truly yours,

ZRACK, NAHAS & RICH

Stuart E. Nahas

*[Handwritten note:] The Defendants need to be more specific about the grounds upon which they could seek summary judgment.*

cc.    Via Facsimile and U.S. Mail

Scott McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/7/08

*Sen/2007-16/lt157-Karas*