# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

**Scott S. McKessy**
Direct Phone: +1 212 521 5421
Email: smckessy@reedsmith.com

March 17, 2008

**MEMO ENDORSED**

**VIA HAND DELIVERY**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Columbia Gas Transmissions Corporation v. Lewis Perry, et al.
    07 cv 5739 (KMK) (MDF)

Dear Judge Karas:

My firm represents the plaintiff Columbia Gas Transmission Corporation in the above-referenced action. I am in receipt of Mr. Nahas's letter requesting a conference and suggesting that this action may be resolved via motions for summary judgment. As Mr. Nahas indicated in his letter, my client agrees, in concept, to this approach in hopes of all parties avoiding unnecessary costs and bringing this action to a swift resolution. Instead of traditional motion practice, however, Columbia Gas would suggest some sort of mechanism wherein the parties agree to a simultaneous exchange of initial moving papers, with a set time period by which the parties would simultaneously exchange reply papers responding to the opposing parties' initial moving papers.

At this stage, my client agrees that a conference with the Court may be the logical next step to discuss this proposed process with the Court.

Respectfully submitted,

Scott S. McKessy

SSM/bt

cc: Stuart Nahas, Esq.

*The Court will hold a pre-motion conference on April 25, 2008, at 2:15*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/19/08

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-7883808.1