UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

COLUMBIA GAS TRANSMISSION
CORPORATION,

                      Plaintiff,

-v-

LEWIS PERRY et al.,

                      Defendants.

07-CV-5739 (KMK)

MOTION SCHEDULING ORDER

**KARAS, U.S.D.J.**

    At the Pre-Motion Conference held before the Court on April 30, 2008, the Court adopted the following scheduling order with respect to the Parties' respective motions for summary judgment:

    The movant shall serve its motion for summary judgment upon opposing counsel by no later than May 14, 2008. The respondent shall serve opposition papers upon opposing counsel by no later than June 4, 2008.

    Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

    The Parties shall electronically file their respective motion and opposition papers with the Clerk only when the entire motion is fully briefed. Courtesy copies are to be served upon all counsel by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    White Plains, New York
                April 30, 2008

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE