# ReedSmith

Scott S. McKessy
Direct Phone: +1 212 521 5421
Email: smckessy@reedsmith.com

MEMO ENDORSED

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7660
+1 212 521 5400
Fax +1 212 521 5450

June 2, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**VIA FACSIMILE**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: Columbia Gas Transmissions Corporation v. Lewis Perry, et al.
    07 cv 5739 (KMK) (MDF)

Dear Judge Karas:

My firm represents plaintiff in the above-referenced action. As the Court may recall, the parties have agreed to a process whereby they would simultaneously move for summary judgment and then have an opportunity to respond to the other party's papers. The parties have exchanged their initial moving papers. Plaintiff now writes this letter seeking a short extension of the parties' briefing schedule, as set forth in this Court's order, dated April 30, 2008. This request is necessitated due to both professional and personal reasons of plaintiff's counsel in this matter and, as a result, plaintiff respectfully requests a two week extension of time for the parties to exchange their respective reply papers -- if granted, this request will move service of responsive papers from June 4th to June 18th. This is the first request for an extension of time of the briefing schedule and this short extension of time does not affect any other Court dates in this action. I have conferred with counsel for the moving defendants and counsel does not object to this extension, but has indicated he has not affirmatively consented to it. As June 4th is this Wednesday, I called the Court this morning asking permission to send this letter via facsimile and was granted such permission by Mike.

If the Court has any questions pertaining to this request, I have asked Mr. Nahas if he is available for a conference call with the Court today or tomorrow and he indicated that he is available today up until

NEW YORK ● LONDON ● HONG KONG ● CHICAGO ● BEIJING ● LOS ANGELES ● WASHINGTON, D.C. ● SAN FRANCISCO ● PARIS ● PHILADELPHIA ● PITTSBURGH
OAKLAND ● MUNICH ● ABU DHABI ● PRINCETON ● NORTHERN VIRGINIA ● WILMINGTON ● BIRMINGHAM ● DUBAI ● CENTURY CITY ● RICHMOND ● GREECE

reedsmith.com

NYLIB-8026831.1

The Honorable Kenneth M. Karas
June 2, 2008
Page 2

**ReedSmith**

1:00 p.m. and all day tomorrow except for an hour beginning at 2:00 p.m. I am available during those time periods as well.

Respectfully submitted,

*/s/ Scott S. McKessy*
Scott S. McKessy

SSM/bt

cc: Stuart Nahas, Esq. (via facsimile)

Granted.

SO ORDERED.
KENNETH M. KARAS U.S.D.J.
6/2/08

NYLIB-8026631.1