EXHIBIT
A



Exhibit A

EXHIBIT
B

100'
90'
24'
PROPOSED HOME
30'
25'
25'
23'
COLUMBIA GAS COMPANY
ALEXANDER RD., WARWICK, N.Y.
SEC. 60, BLOCK 3, LOT 4
CENTER OF ROAD

Exhibit B

EXHIBIT
C

## COLUMBIA GAS TRANSMISSION CORPORATION

## GUIDELINES FOR CONSTRUCTION ACTIVITIES ON RIGHTS-OF-WAY AND IN THE VICINITY OF GAS PIPELINES

### GENERAL

No construction or excavation activities of any description, including building construction and demolition, blasting, grading, strip mining, trenching for tile, gas, oil, electric, phone, water and sewer lines, logging operations shall be conducted within the easement area of gas pipelines before Columbia personnel have established the actual location of its gas facilities. Suitable arrangements can then be made for the protection of Columbia's facilities and the needed working areas for access thereto. Columbia does not waive any rights it may have in support of or in connection with the use and operation of its facilities in the area.

1.) **Crossing Pipelines With Heavy Equipment**

During construction, to adequately protect Company's pipelines from damage which would be caused by the crossing of heavy equipment, mats, dirt pads or other protective materials approved by the Company may be required. The Company shall be contacted for suggested protective methods. The additional over-burden shall be removed after construction unless otherwise directed by Columbia personnel.

2.) **Excavation in Vicinity of Pipelines**

   a) No excavation with powered machinery shall be made on the pipeline right-of-way without prior notification to the Company's local operations office.

   b.) All excavations that are done above, below or within 3 feet of either side of the pipeline shall be hand dug.

3.) **Blasting**

No blasting is allowed with Company's right of way. The Peak Particle Velocity measurement at the pipeline shall not exceed 1.0 inch per second. The seismic shock from any blasting affecting Company's pipeline shall be monitored and recorded at the pipeline by a seismograph to be furnished by the blasting contractor with said contractor to provide Company copies of any such readings, if requested.

### RIGHTS-OF-WAY

To maintain unobstructed rights-of-way to permit Columbia to adequately operate its pipelines, the minimum standards listed below are to be used as guidelines:

1.) The existing cover, or a minimum of 30 inches of backfill over the top of major pipelines, should be maintained. For landscaping or grading purposes, 4-feet maximum cover is permissible. The minimum earth cover over pipeline at all street and road crossings, including the adjacent ditch line, shall be 36 inches, and 60 inches minimum cover at stream and river crossings.

2.) Where other underground or above ground structures are being installed, a minimum of 25 feet of clearance on each side of pipelines should be maintained. Likewise, where two or more pipelines share a common right-of-way, underground or above ground structures should not be installed within 25 feet of each pipeline. All underground crossings of the pipeline must maintain a vertical clearance of at least 12 inches.

3.) No above ground or below ground structure of any type shall be placed within 25 feet of any pipeline.

4.) Pipeline easement will not be shared with other utilities. All water valves, curb boxes, manholes, etc. will be outside the easement.

5.) Streets should cross pipelines at or as near 90° as practical, but not less than 45°.

6.) Casing shall be installed if mandated by county or township regulations at each crossing of a proposed road or street. If necessary, to protect the pipeline from construction activities. Other protective measures may be used instead of casing if appropriate and approved by all involved parties.

7.) Septic tanks and fields should be placed so they will drain away from the pipelines where practical but in no case shall they be placed on the right-of-way outlined above.

8.) The right-of-way may be planted in lawn and small shrubs and may be used for normal agricultural purposes. No other planting may be made on the right-of-way.

### NOTE:

These guidelines supercede any and all prior guidelines and/or directives outlining policy and procedure pertaining to limiting activities and placements on or immediately adjacent to Columbia Gas Transmission facilities by outside parties or individuals. Existence of or the ramifications from the implementation of prior guidelines will not dictate, direct, or provide for exemption of any of the above guidelines.

EXHIBIT
D

Exhibit D

**COLUMBIA GAS**
Transmission 

April 3, 1992

Ed Mateo
One Esplanade
Hillsdale, NJ 07642

Mr. Mateo,

After reviewing your site plans for your property on Alexander Road in Warwick, New York, I am making the following recommendations:

As shown in your drawing, the four inch septic line may cross perpendicularly to the gas main. After installing the pipe, plastic identifying ribbon shall be installed above the pipe for future warning of it's presence.

The lateral line shown within the Right-of-Way will be the only one allowed in the ROW.

Additionally, you will be responsible for any damage or repairs to be made to the four inch main and the lateral line should Columbia Gas Transmission have to make any repairs to the gas main. Also, a Columbia Gas representative shall be present to inspect the installation as it's being done. We require two days' notice prior to this activity. Under no circumstances will we allow excavation over the pipeline without a qualified person on site to supervise.

I have enclosed a copy of Columbia Gas' "Guidelines for Construction Activities On Rights-Of-Way and in the vicinity of Gas Pipelines." In particular, please note the section on Excavation in Vicinity of Pipelines, and Crossing Pipelines With Heavy Equipment.

If I can be of any further assistance, please feel free to call.

Thank you.
Laurie N. Allikso, Operations Supervisor
Port Jervis Sub-Area

cc/ A-5 file
    A. Lake