EXHIBIT
A



Feb. 2007 1:15PM                                                    No. 4038  P. 2



OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Minnesota stock corporation, herein called the Company, for a valuable consideration, hereby commits to issue its policy or policies of title insurance, as identified in Schedule A, in favor of the proposed insured named in Schedule A, as owner or mortgagee of the estate or interest covered hereby in the land described or referred to in Schedule A, upon payment of the premiums and charges therefor; all subject to the provisions of Schedules A and B and to the Conditions and Stipulations hereof.

This Commitment shall be effective only when the identity of the proposed insured and the amount of the policy or policies committed for have been inserted in Schedule A hereof by the Company, either at the time of the issuance of this Commitment or by subsequent endorsement.

This Commitment is preliminary to the issuance of such policy or policies of title insurance and all liability and obligations hereunder shall cease and terminate nine months after the effective date hereof or when the policy or policies committed for shall issue, whichever first occurs, provided that the failure to issue such policy or policies is not the fault of the Company.

This Commitment shall not be valid or binding until countersigned by a validating officer or authorized signatory.

IN WITNESS WHEREOF, Old Republic National Title Insurance Company has caused its corporate name and seal to be hereunto affixed by its duly authorized officers on the date shown in Schedule A.

Issued by:

*Leraa Brene*    3/23/04

REAL-TIME TITLE
ONE EXECUTIVE BOULEVARD - SUITE 201
SUFFERN, NY 10901
(845) 357-7118
(845) 357-3333 Fax

Countersigned by:

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
A Stock Company
400 Second Avenue South, Minneapolis, Minnesota 55401
(612) 371-1111

By _____ President

Attest _____ Secretary

This commitment is intended for lawyers only. Such exceptions as may be set forth herein may affect marketability of title. Your lawyer should be consulted before taking any action based upon the contents of this commitment. The Company's representative at the closing hereunder may not act as legal advisor to any of the parties or draw legal instruments for them. Such representative is permitted to be of assistance only to an attorney. It is advisable to have your attorney present at the closing.

ORT Form NY396P-8

Feb. 1. 2007 1:15PM                                                No. 4038   P. 3

## CONDITIONS AND STIPULATIONS

1. The term "mortgage", when used herein, shall include deed of trust, trust deed, or other security instrument.

2. If the proposed Insured has or acquires actual knowledge of any defect, lien, encumbrance, adverse claim or other matter affecting the estate or interest or mortgage thereon covered by this Commitment other than those shown in Schedule B hereof, and shall fail to disclose such knowledge to the Company in writing, the Company shall be relieved from liability for any loss or damage resulting from any act of reliance hereon to the extent the Company is prejudiced by failure of the proposed insured to so disclose such knowledge. If the proposed insured shall disclose such knowledge to the Company, or if the Company otherwise acquires actual knowledge of any such defect, lien encumbrance, adverse claim or other matter, the Company at its option may amend Schedule B of this Commitment accordingly, but such amendment shall not relieve the Company from liability previously incurred pursuant to paragraph 3 of these Conditions and Stipulations.

3. Liability of the Company under this Commitment shall be only to the named proposed insured and such parties included under the definition of insured in the form of policy or policies committed for and only for actual loss incurred in reliance hereon in undertaking in good faith (a) to comply with the requirements hereof or (b) to eliminate exceptions shown in Schedule B, or (c) to acquire or create the estate or interest or mortgage thereon covered by this Commitment. In no event shall such liability exceed the amount stated in Schedule A for the policy or policies committed for and such liability is subject to the insuring provisions and the Conditions and Stipulations and the Exclusions from coverage of the form of policy or policies committed for in favor of the proposed insured which are hereby incorporated by reference and made a part of this Commitment except as expressly modified herein.

4. Any action or actions or rights of action that the proposed insured may have or may bring against the Company arising out of the status of the title to the estate or interest or the status of the mortgage thereon covered by this Commitment must be based on and are subject to the provisions of this Commitment.

## CLOSING INFORMATION

Closed by _____ Date Closed _____ Title No. _____

Closed at the office of _____

| Parties Present: | Interest in Transaction: | Address: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**The identity of the parties executing and delivering the closing instruments was established by**

_HAVE CONTINUATION OF SEARCHES BEEN RECEIVED FROM DATE OF CERTIFICATE to DATE OF CLOSING?_

Feb. 1. 2007 1:15PM             No. 4098   P. 4

## OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

### SCHEDULE A

Proposed Insured:            Title Number: RT-O-1543
                                    Effective Date: 1/16/2006
                                    Redated: *3/23/06*

Purchaser:    RICHARD DELISI & CARLA MARIE DELISI

Mortgagee:   INDYMAC BANK, FSB, its successors and/or assigns
                    as their interests may appear

Amount of Insurance:      Fee:        $640,000.00
                      Mortgage:    $230,000.00

THIS COMPANY CERTIFIES that a good and marketable title to premises described in Schedule A, subject to the liens, encumbrances and other matters, if any, set forth in this certificate may be conveyed and/or mortgaged by:

BENCHMARK INNOVATIONS, LLC

Source of Title: By deed from ERIC R. KLYVERT dated 2/1/2005 and recorded in the Orange County Clerk's office on 2/8/2005 in Liber 11746 cp 534.

Premises described in Schedule "A" are known as:

Address:      155 ALEXANDER ROAD
             GREENWOOD LAKE, NEW YORK, 10925

County:      Orange
City:
Village:
Town:        Warwick
District:
Section:     58
Block:       2
Lots:        29

*FOR ANY TITLE CLEARANCE QUESTIONS ON THIS REPORT, PLEASE CALL:*
       *DONNA LAVERACK AT (845) 357-7118*

*Recertify: By deed transfer
dated 3/23/06 to
Richard Delisi,
Carla Marie Delisi*

Feb. 1. 2007  1:15PM                                      No. 4898  P. 5

## OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

### Schedule A

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Warwick, County of Orange and State of New York, also being Lot 1.1 as shown on a map entitled "Subdivision – Lot 1 Lori Glen Subdivision, Amends Map Lori Glen Subdivision Filed Map #4113 – Filed May 24, 1977", filed in the Orange County Clerk's Office on September 29, 1978, as map number 4655, and more particularly bounded and described as follows:

Beginning at a point, said point being the intersection of the northeasterly boundary of Alexander Road and the northwesterly boundary of Lot 1.2, as shown on said map number 4655, and running thence along the easterly boundary of Lot 1.2 South 19° 28' 48" East, a distance of 1025.03 feet to a point along the westerly boundary of lands now or formerly of Kraft;

Thence along the westerly boundary of lands now or formerly of Kraft and continuing along the westerly boundary of lands now or formerly of Goodjins North 14° 50' 35" East, a distance of 950.62 feet to a point, said point being the southeasterly corner of lands now or formerly of Perry;

Thence along the southerly boundary of lands now or formerly of Perry North 60° 54' 02" West, a distance of 481.56 feet to a point in the northeasterly boundary of the aforementioned Alexander Road;

Running thence along the northeasterly boundary of the aforementioned Alexander Road on a curve to the right having a radius of 150.00 feet and an arc length of 39.05 feet to a point;

Thence continuing along the northeasterly boundary of Alexander Road South 42° 33' 14" West, a distance of 210.30 feet to the point of beginning.

*insure*

# Schedule B

The following matters are to be conceded:

1. Rights of tenants or persons in possession, if any.

2. Taxes, tax liens, tax sales, water rates, sewer rents and assessments set forth herein.

3. Mortgages returned herein, detailed statement within.

4. Covenants, conditions, easements, leases, agreements of record, etc., more fully set forth in Schedule herein.

5. If the application is for insurance under a master or blanket policy all items under this Schedule B will be excepted from coverage in the Certificate of Title Insurance to be issued hereon unless disposed of to the satisfaction of the Company on or prior to closing.

6. The identity of parties at the closing of the title should be established to the satisfaction of the closer and the affidavit attached to this certificate filled out, signed and sworn to.

7. Deeds and mortgages must contain the covenant required by Section 13 of the Lien Law and such covenant must be absolute and not conditional. The covenant is not required in deeds from referees or other persons appointed by a court for the sole purpose of selling property.

8. When the transaction is an assignment of a mortgage or other lien, an estoppel certificate executed by the owner of the fee and by the holders of all subsequent encumbrances must be obtained. When the transaction is a mortgage, the amount actually advanced should be reported to the company.

9. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed Insured acquires for value of record the estate or interest or mortgage thereon covered by the Commitment.

10. If this Commitment requires a conveyance of the fee estate and the contract therefore has not been submitted to the Company, it should be furnished for consideration prior to closing.

Feb. 1. 2007  1:16PM                                      No. 4038    P. 7

## SCHEDULE B (CONTINUATION)

Hereinafter set forth are additional matters which will appear in our policy as exceptions from coverage unless disposed of to our satisfaction prior to the closing or delivery of the policy.

1.  A New York (GAP) Endorsement will accompany ALTA policy at closing.

    Be advised that a New York Endorsement will accompany the ALTA policy delivered at closing. The (GAP) letter endorsement states that this Company will insure title from the effective date set forth on Schedule A of this report to the date of recording of the insure document. The need for this coverage is derived from the fact that certain County Clerks are 5-6 months behind in posting of documents submitted.

2.  Until a guaranteed and acceptable survey is submitted, Company will not certify as to the location or dimensions of the within described premises on all sides, and will except any state of facts an accurate survey would disclose.

13. The exact courses, distances, dimensions and location of the premises described in Schedule A cannot be insured in the absence of a satisfactory survey guaranteed to this Company.

14. Proof by affidavit from the certified owners herein BENCHMARK INNOVATIONS, LLC is required that there are no outstanding mortgages affecting the premises herein other than as disclosed in the mortgage schedule attached. (This exception must be complied with due to the current disarray and/or backlogs in numerous County Clerk Offices in New York State.)

15. Searches for judgments and federal liens filed in Orange County -vs- BENCHMARK INNOVATIONS, LLC, RICHARD DELISI, CARLA MARIE DELISI, CARLA MARIE RUTIGLIANO show: Nothing found.

16. A search for bankruptcy proceedings has been conducted in Orange County [Southern District] -vs- the following names BENCHMARK INNOVATIONS, LLC, RICHARD DELISI, CARLA MARIE DELISI, CARLA MARIE RUTIGLIANO with the following results: One found.

17. Pursuant to the Patriot Act, BENCHMARK INNOVATIONS, LLC, RICHARD DELISI, CARLA MARIE DELISI , CARLA MARIE RUTIGLIANO have been run under the Office of Foreign Assets Control – Specially Designated Nationals and Blocked Persons on February 22, 2006 with the following results: Nothing found.

Feb. 1. 2007 1:16PM No. 4038 P. 8

**Omit** (handwritten)

18. Satisfactory proof is required that BENCHMARK INNOVATIONS, LLC, RICHARD DELISI, CARLA MARIE DELISI CARLA MARIE RUTIGLIANO have been known by no other names for ten years last past.

19. All parties attending the closing must present satisfactory photo identification.

20. Due to the high number of dishonored checks, this Company will no longer accept uncertified funds over $500.00, including Lender's checks.

21. For Information Only: Please be advised that several counties are experiencing unprecedented recording delays. Unfortunately, despite this Company's best efforts to record documents in a timely fashion, we ultimately have no control over the backlog of recordings in each county. Although this commitment reflects accurately the status of the county's records as of its certification date, other documents may have been submitted for recording which do not yet appear in the public record. If you are aware of any documents which are pending for recordation, you must notify this Company as soon possible, so that additional exceptions might be raised. The failure to notify this Company may constitute an "act of the insured" thereby violating, in whole or in part, the coverage afforded by this policy.

**info only** (handwritten)

For Information Only: Although this Company will use its best efforts to record instruments promptly, no liability is assumed for penalties and interest under Section 1416 of the Tax Law due to the inability to file transfer tax returns or pay taxes within the time required.

22. Any closing involving a mortgage given to MERS, as either mortgagee or solely as nominee of a lender, must be referred to the Company for closing approval. Note: Additional documents may be required.

In the event the mortgage being insured hereunder is to be assigned to Mortgage Electronic Registration System, Inc. Policy will except any harm, loss or damage to the actual lender arising or resulting from the refusal of the County Clerk or Register of the City of New York to record the mortgage referenced above or to index such mortgage against MERS.

**Except** (handwritten)

23. Subject to Right of Way in Liber 2091 page 963.

**Except Omit** (handwritten)

24. Proof is required as to the following with regard to * , a Limited Liability Company.

A. Proof of due formation:

i) proof of filing of the Articles of Organization with the Secretary of State; and

ii) proof of publication of the Articles of Organization (or a notice containing the substance of the articles);

B.   Articles of Organization and Operating Agreement must be produced and passed upon; additional exceptions may be raised upon review of same;

C.   Proof by affidavit is required that there has been no change in the makeup or composition of the organization, and that there have been no amendments made to the Articles of Organization 1 or Operating Agreement;

D.   Proof is required that the party or parties executing instruments on behalf of the Organization have authority to act;

E.   Proof of payment of New York State Annual fees (see Tax Law Section 658-e);

25.   Subject to notes, conditions, easements, set-backs as shown on filed map #4655

Feb. 1. 2007  1:16PM    No. 4030    P. 10

## OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

### Title No. RT-O-1531

### MORTGAGES

Disposition:

None of record.



This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants, and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.

## SURVEY READING

Survey prepared for Richard Delisi, Town of Warwick, County of Orange, State of New York, made by Hudson Valley Engineering & Land Surveying, P.C., dated 3/21/06 shows:

Frame dwelling with deck at rear, steps at front and driveway from northerly end of dwelling to Alexander road.  Also shows a well West of dwelling, electric box North of dwelling, and three 'clean-outs' for septic system North of dwelling.

No encroachments, no variations.



Feb. 1. 2007 1:16PM                              No. 4038   P. 13

TITLE NO.   0371-1543 TX

## ABSTRACTERS' INFORMATION SERVICE, INC.
1111 MARCUS AVENUE – SUITE M214
LAKE SUCCESS, N.Y. 11042
PHONE (516) 918-4600   FAX (516) 918-4040

### ORANGE COUNTY TAX SEARCH

DATE: 2/8/2006

PREMISES: 155 ALEXANDER ROAD, WARWICK

TOWN OF WARWICK

ASSESSED OWNER: BENCHMARK INNOVATIONS LLC

ASSESSED VALUE: TOWN          15380/15100    TAX CLASSIFICATION: 314

SD: GREENWOOD LAKE   SECTION: 58   BLOCK: 2   LOT: 29

#### RETURNS

SEC: 58   BLOCK: 2   LOT: 29

2006 TOWN/COUNTY TAX PERIOD 1/1-12/31
FULL TAX $616.46 PAID DUE 1/1

2005/2006 SCHOOL TAX PERIOD 7/1-6/30
FULL TAX $2,885.21 PAID DUE 9/1

WATER - MUNICIPAL

NOTE: UP-TO-DATE BILL OR RECEIPT MUST BE PRODUCED AT CLOSING. SUBJECT
TO PRIOR WATER/SEWER CHARGES NOT ENTERED AND SUBSEQUENT WATER
CHARGES SINCE DATE OF LAST READING.

SUBJECT TO CONTINUATION PRIOR TO CLOSING.

AFFIDAVIT SHOULD BE TAKEN AT CLOSING THAT OWNER HAS NOT RECEIVED NOTICE OF SPECIAL
ASSESSMENTS (I.E., SIDEWALK REPAIRS, LOT CLEARANCE, OR EMERGENCY REPAIRS).
TAX SEARCH DOES NOT GUARANTEE AGAINST EXISTENCE OF SUCH NOTICES. TAX DUE DATES
MAY VARY ANNUALLY. PLEASE CONFIRM DUE DATES WITH THE APPROPRIATE MUNICIPALITY.

SEARCH DOES NOT GUARANTEE AGAINST ITEMS NOT A LIEN UP TO THE DATE SHOWN. SOME OF THE ITEMS
RETURNED MAY HAVE BEEN PAID BUT NOT OFFICIALLY POSTED. RECEIPTS FOR SUCH ITEMS SHOULD BE
PRODUCED AT CLOSING. SEARCH DOES NOT GUARANTEE AGAINST CLAIMS RESULTING FROM LEVIES OF
RESTORED TAXES. SEARCH DOES NOT GUARANTEE FOR ARREARS FILED AGAINST ANY NAME OTHER THAN THE
ASSESSED OWNER, AS SHOWN ABOVE. THIS SEARCH IS PREPARED EXCLUSIVELY FOR ROBERT L. SHEA, P.C. on
3/8/2006. 0371-1543

Page 1 of 1



**TOWN OF WARWICK**
**BUILDING DEPARTMENT**
**131 KINGS HIGHWAY**
**WARWICK, NEW YORK 10990**
**(845) 986-1127**

# CERTIFICATE OF OCCUPANCY

CO Date 3/15/2006

Certificate of Occupancy #: 00066619

Building Permit #: 00016876

SBL #: 59-2-29

Location: 155 ALEXANDER RD

THIS CERTIFIES that the structure described herein, conforms substantially to the approved plans and specifications heretofore filed in this office with Application for Building Permit dated: 3/28/2005, pursuant to which Building Permit was issued, and conforms to all the requirements of the applicable provisions of the law.

Number of Bedrooms: 4
Number of Stories: 2
Square Footage: 0
Permit Type: ONE FAMILY RESIDENCE

Description of Construction

ONE-FAMILY - OWNER ALSO AGREES TO CONFORM TO THE RIDGELINE OVERLAY DISTRICT REGULATIONS WHICH ALSO INCLUDES EXTERIOR LIGHTING DESIGN CRITERIA

Remarks:

This certificate is issued to: BENCHMARK INNOVATIONS, LLC. for the aforesaid structure.

BUILDING INSPECTOR

(The Certificate of Occupancy will be issued only after affidavits or other competent evidence is submitted to the Building Inspector that the completion of the construction is in compliance with the State Building Construction Code and with other laws, ordinances or regulations affecting the premises, and in conformity with the approved plans and specifications. A final electrical, plumbing, heating or sanitation certificate or other evidence of compliance may be required before the issuance of the Certificate of Occupancy.)

NOTICE

This Certificate of Occupancy is for internal code enforcement and record keeping purposes only, pursuant to the Town's general duty to protect the public health, safety and welfare. This certificate is issued solely with respect to a certain building permit application made to the Town, and does not imply compliance with all codes. No person may rely on this certificate or on any acts or representations of Town employees to establish any special relationship or duty with respect to the Town. Persons seeking to verify compliance with applicable laws and codes must independently establish such compliance. Certificates issued upon misinformation or mistakes are invalid.



# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
### THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE IN BLACK INK
NAME(S) OF PARTY(S) TO DOCUMENT

SECTION 50 BLOCK 2 LOT 30

**RECORD AND RETURN TO:**
(name and address)

ERIC R. KLUVERT

TO

BENCHMARK INNOVATIONS, LLC

ALAN LIPKIN, ESQ.
FABRICANT & LIPKIN
1 HARRIMAN SQUARE
GOSHEN, NEW YORK 10929

*THIS IS PAGE ONE OF THE RECORDING*

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY

## DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE: DEED __ MORTGAGE __ SATISFACTION __ ASSIGNMENT __ OTHER __

**PROPERTY LOCATION**

| | |
|---|---|
| BLOOMING GROVE (TN) | MONTGOMERY (TN) |
| WASHINGTONVILLE (VLG) | MAYBROOK (VLG) |
| CHESTER (TN) | MONTGOMERY (VLD) |
| CHESTER (VLG) | WALDEN (VLG) |
| CORNWALL (TN) | MOUNT HOPE (TN) |
| CORNWALL (VLG) | OTISVILLE (VLG) |
| CRAWFORD (TN) | MINISINK (TN) |
| DEERPARK (TN) | NEW WINDSOR (TN) |
| GOSHEN (TN) | TUXEDO (TN) |
| GOSHEN (VLG) | TUXEDO PARK (VLG) |
| FLORIDA (VLG) | WALLKILL (TN) |
| CHESTER (VLG) | WARWICK (TN) |
| HAMPTONBURGH (TN) | FLORIDA (VLG) |
| HIGHLANDS (TN) | GREENWOOD LAKE (VLG) |
| HIGHLAND FALLS (VLG) | WARWICK (VLG) |
| MONROE (TN) | WAWAYANDA (TN) |
| HARRIMAN (VLG) | WOODBURY (TN) |
| MONROE (VLG) | HARRIMAN (VLG) |
| NEW HAMPTON (VLG) | |
| | CITIES |
| | MIDDLETOWN |
| | NEWBURGH |
| | PORT JERVIS |

NO PAGES
CREDIT CARD
MAPS

PAYMENT TYPE  CHECK
CASH
CHARGE
NO FEE

Taxable
CONSIDERATION 1,572,000.00
TAX EXEMPT

Taxable
MORTGAGE AMT.
DATE

**MORTGAGE TAX TYPE**
(A) COMMERCIAL/FULL TX
(B) 1 OR 2 FAMILY
(C) UNDER $10,000
(D) EXEMPT
(E) 3 TO 6 UNITS
(F) NAT PERSON/CR UNION
(G) NAT PER/CR CR UNION CR 2
(I) CONDO

HOLD

RECEIVED FROM _____

RECORDED/FILED
02/08/2007  09:57:30
DONNA L. BENSON
County Clerk
ORANGE COUNTY, NY

FILE # 200700014448
DEED C / BK 11746 PG 534
RECORDING FEES 237.00
TYPE  BUYTS06 T TAX 500.00
Receipt#3275254 cwdssy

Feb. 1. 2007  1:17PM                                        No. 4038   P. 17

204357

THIS INDENTURE, made the 1st day of February, in the year 2005

ERIC E. KLYVERT, residing at 46 West 85th Street, New York, New York 10024,

party of the first part, and

BENCHMARK INNOVATIONS, LLC, having as address at P.O. Box 1091, Greenwood Lake, New York 10925,

party of the second part,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Warwick, County of Orange and State of New York, being more particularly bounded and described in the annexed "Schedule A".

SEE ATTACHED "SCHEDULE A"

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

                                    [signature]
                                    ERIC E. KLYVERT

## Schedule A

All that plot, piece or parcel of land lying and being in the Town of Warwick, County of Orange and State of New York, also being Lot 1.1 off shown as a map entitled "Subdivision -- Lot 1 Lodi Glen Subdivision, Amends Map Lodi Glen Subdivision Filed Map #4118 -- Filed May 24, 1977" filed in the Orange County Clerk's Office on September 23, 1978, as map number 4885, and more particularly bound and described as follows:

Beginning at a point, said point being the intersection of the southeasterly boundary of Alexander Road and the northwesterly boundary of Lot 1.2, as shown on said map number 4885, and running thence along the easterly boundary of Lot 1.2 S 6°25'59" E a distance of 1286.00 feet to a point, along the westerly boundary of lands now or formerly Kock; thence along the westerly boundary of lands now or formerly Kock and continuing along the westerly boundary of lands now or formerly Goodline N 14°10'39" E a distance of 560.32 feet to a point, said point being the southeasterly corner of lands now or formerly Perry; thence along the easterly boundary of lands now or formerly Perry N 50°47'29" W a distance of 491.66 feet to a point in the northeasterly boundary of the aforementioned Alexander Road; running thence along the northeasterly boundary of the aforementioned Alexander Road on a curve to the right having a radius of 189.00 feet and an arc length of 80.09 feet to a point; thence continuing along northeasterly boundary of Alexander Road S 42°38'14" W a distance of 210.00 feet to the point of beginning.

Record Search Company, Ltd.
12 E. ___ Street
Goshen, NY _____
db1389

The policy to be issued under this report will insure the title to such buildings and improvement erected on the premises which by law constitute said property:

FOR CONVEYANCING ONLY:
TOGETHER, with all the right, title and interest of the party of the first party, of, in and to the land lying in the street in front of and adjoining said premises.



Feb. 1. 2007  1:17PM                                    No. 4038   P. 20

## CLOSING DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| Affidavit of Title | ☐ | Deed | ☐ | Lease | ☐ |
| Assign of Contract | ☐ | Extension Agreements | ☐ | Mortgage | ☐ |
| Assign of Mortgage | ☐ | Estoppel Certificate | ☐ | Bond or Note | ☐ |
| Broker's Contract | ☐ | Owner ☐  Lienor ☐  Landlord ☐ | | Satisfaction | ☐ |

## MATTERS TO BE DISPOSED OF SUBSEQUENT TO CLOSING

**ITEMS TO BE RECEIVED BY MAIL**                    **NOTICES TO BE SENT BY MAIL**

☐ deed    ☐ lease    ☐ mortgage                    Notice to                        date

Received on _____              Tax Collector    ☐ _____

Recorded on _____ Book ____ page ____        Mortgagee        ☐ _____

Title Policy received _____           Tenants          ☐ _____

Endorsements received _____            Rent Office      ☐ _____

Commission received _____            Dept. of Bldgs.  ☐ _____

Other items: _____            Insurance Cos.   ☐ _____

_____              Others           ☐ _____

_____                               _____

_____                               _____

_____                               _____

## ITEMS TO BE FORWARDED TO CLIENT

                date mailed

deed          ☐ _____    Other: _____

mortgage      ☐ _____          _____

bond or note  ☐ _____          _____

Title policy  ☐ _____

Ins. Policy   ☐ _____

