UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COLUMBIA GAS TRANSMISSION                  :        Civil Action No. 07 cv 5739 (KMK)
CORPORATION,                                                            ECF CASE

                                                            :

                        Plaintiff,

                                                            :

        - against -

                                                            :        **NOTICE OF MOTION FOR**
                                                                     **SUMMARY JUDGMENT**
LEWIS PERRY, YOLANDA PERRY,                 :
ALEXANDER ROAD ASSOCIATION, INC.,           :
ANTHONY VULPONE, ESTATE OF ANTHONY
VULPONE, ROBERT ANTALOCY,                   :
THOMAS HARRIS, DOLORES A. KORZ,
JOHN P. KILDUFF, KENNETH LEE d/b/a          :
"I CAN GET IT FOR YOU WHOLESALE",
SALLIE E. HARMON, PAUL RUGGIERO,            :
MICHELLE RUGGIERO, TERRANCE
DONNARY, ANDREW PERNA, KAREN                :
PERNA, ROBERT McMAHON, CARL
McMAHON, KELVIN M. LEWIS, MARCHELLE :
KIRBY, JHON GORDON, RUTH MONROE,
EDWARD R. MATEO, ROSANN P. MATEO,           :
ADAM DORAN, NICOLE DORAN, CREDENCE
DEVELOPMENT INC., RICHARD DELISI,           :
ADELAIDE FAULKNER, PAUL ESPEL,
CAROL ESPEL, DAWN FORNOFF, RICHARD          :
BURTON, GARY MARINA, and JOHN DOE
NO. "1" through "10" inclusive, the names of the :
last ten defendants being ficticous, the true names
being unknown to plaintiff, the parties intended   :
being those having an ownership interest in
property effected by a certain easement described  :
in the complaint,

                                                            :

                        Defendants.
------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the accompanying Rule 56.1 statement, Declarations

of Andrew G. Lake, dated May 14, 2008, and Scott S. McKessy, dated May 14, 2008, and the

exhibits annexed thereto and Memorandum of Law in Support of Plaintiff's Motion for

Summary Judgment, Plaintiff Columbia Gas Transmission Corporation, by and through its

attorneys, Reed Smith LLC, will move this Court, at United States Courthouse for the Southern

District of New York, located at 300 Quarropas Street, White Plaints, New York, for an order

granting summary judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, as

well as for such other further and different relief as this Court deems just and proper.

Dated:      New York, New York
            May 14, 2008

                                        **REED SMITH LLP**

                              By:   ___/s/ Scott S. McKessy_____
                                        Scott S. McKessy (SM-5479)
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        (212) 521-5400

                                        *Attorneys for Plaintiff*
                                        *Columbia Gas Transmission Corp.*

To:
ZRAICK, NAHAS & RICH
303 Fifth Avenue
New York, NY 10016
(212) 686-0855
*Attorneys for Defendants*
*Lewis Perry, Yolanda Perry,*
*Alexander Road Association, Inc.,*
*Edward R. Mateo, Rosann P. Mateo,*
*Adam Doran, Nicole Doran,*
*Credence Development, Inc., and*
*Richard Delisi*