EXHIBIT B



## Dimensions

All dimensions are subject to change without notice.



| | | |
|---|---|---|
| **1** | Overall machine width without bucket: | |
| | with standard tracks – 550 mm (21.6 in) shoes | 2280 mm (89.7 in) |
| | with narrow tracks – 450 mm (17.7 in) shoes | 2180 mm (85.8 in) |
| **2** | Ground clearance | 471 mm (18.5 in) |
| **3** | Machine height to top of cab | 3335 mm (131.3 in) |
| **4** | Length to front of track | 4749 mm (187 in) |
| **5** | Overall machine length* | 6941 mm (273.3 in) |
| **6** | Carry position approach angle | 15° |
| **7** | Digging depth* | 138 mm (5.4 in) |
| **8** | Maximum rollback at ground | 43° |
| **9** | Maximum rollback at carry position | 50° |
| **10** | Bucket height in carry position | 457 mm (18 in) |
| **11** | Reach at full lift height and 45° dump* | 1373 mm (54 in) |
| **12** | Clearance at full lift height and 45° dump* | 2915 mm (114.8 in) |
| **13** | Maximum rollback, fully raised | 52° |
| **14** | Maximum dump, fully raised | 53° |
| | Grading angle | 63° |
| **15** | Height to bucket hinge pin | 3940 mm (155.1 in) |
| **16** | Overall machine height, bucket fully raised | 5402 mm (212.7 in) |
| **17** | Height to top of seat with headrest | 2790 mm (109.8 in) |
| **18** | Height to top of stack | 2953 mm (116.3 in) |

\* With general purpose bucket and extra duty teeth.
Dimensions vary with bucket. Refer to Operating Specifications chart.

# Dimensions

All dimensions are approximate.



| Boom Options | Super Long Reach Boom 10.2 m (33'6") |
|---|---|
| **Stick Options** | 7.85 m (25'9") |
| 1  Shipping height | 3230 mm (10'7") |
| 2  Shipping length | 14 380 mm (47'2") |
| 3  Tail swing radius | 3080 mm (10'1") |
| 4  Length to center of rollers | 3990 mm (13'1") |
| 5  Track length | 4860 mm (15'11") |
| 6  Ground clearance | 490 mm (1'7") |
| 7  Track gauge | 2590 mm (8'6") |
| 8  Transport width | |
|     800 mm (32") shoes (standard) | 3390 mm (11'1") |
|     700 mm (28") shoes (optional) | 3290 mm (10'10") |
|     600 mm (24") shoes (optional) | 3190 mm (10'6") |
| 9  Cab height | 3040 mm (10'0") |
| 10  Counterweight clearance | 1110 mm (3'8") |

## Dimensions

All dimensions are approximate.



| Boom | Long Reach Boom 7.4 m (24'3") | | HD Reach Boom 6.9 m (22'8") | | Mass Boom 6.55 m (21'6") | |
|---|---|---|---|---|---|---|
| Stick | R4.3TB (14'1") | R3.9TB (12'10") | R3.9TB (12'10") | R3.35TB (11'0") | M3.0UB (9'10") | M2.5UB (8'2") |
| **1 Shipping Height** | | | | | | |
| Fixed Gauge Undercarriage | 3680 mm (12'1") | 3570 mm (11'8") | 3660 mm (12'0") | 3690 mm (12'1") | 4020 mm (13'2") | 3960 mm (13'0") |
| Variable Gauge Undercarriage | 3630 mm (11'11") | 3550 mm (11'7") | 3640 mm (11'11") | 3720 mm (12'2") | 4050 mm (13'3") | 4000 mm (13'2") |
| **2 Shipping Length** | | | | | | |
| Fixed Gauge Undercarriage | 12 450 mm (40'10") | 12 430 mm (40'9") | 11 950 mm (39'2") | 11 940 mm (39'2") | 11 640 mm (38'2") | 11 710 mm (38'5") |
| Variable Gauge Undercarriage | 12 400 mm (40'8") | 12 370 mm (40'7") | 11 910 mm (39'1") | 11 910 mm (39'1") | 11 620 mm (38'1") | 11 680 mm (38'4") |
| **3 Tail Swing Radius** | 3770 mm (12'4") | 3770 mm (12'4") | 3770 mm (12'4") | 3770 mm (12'4") | 3770 mm (12'4") | 3770 mm (12'4") |

| Undercarriage | Fixed Gauge | Variable Gauge |
|---|---|---|
| 4 Length to Center of Rollers | 4360 mm (14'4") | 4340 mm (14'3") |
| 5 Track Length | 5360 mm (17'7") | 5340 mm (17'6") |
| 6 Ground Clearance | 510 mm (1'8") | 740 mm (2'5") |
| **7 Track Gauge** | | |
| Retracted (Transport) Position | 2740 mm (9'0") | 2640 mm (8'8") |
| Extended (Working) Position | 2740 mm (9'0") | 2890 mm (9'6") |
| **8 Track Width*** | | |
| Retracted (Transport) Position | 3640 mm (11'11") | 3540 mm (11'7") |
| Extended (Working) Position | 3640 mm (11'11") | 3790 mm (12'5") |
| 9 Cab Height | 3210 mm (10'6") | 3360 mm (11'0") |
| 10 Counterweight Height (to bottom) | 1320 mm (4'4") | 1470 mm (4'10") |

* Track width shown is for 900 mm (36") track shoes. Subtract 150 mm (6") for 750 mm (30") track shoes.

345D L Hydraulic Excavator specifications    15

## Dimensions

All dimensions are approximate.



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Track Gauge | 2000 mm | 79 in | 7 | Length of Track on Ground | 2604 mm | 103 in |
| 2 | Width of Tractor - Standard Shoes | 2560 mm | 101 in | 8 | Operating Length (with Drawbar) | 3708.5 mm | 146 in |
| 3 | Width of Tractor - Counterweight/Boom Removed | 2983.5 mm | 117.5 in | 9 | Height to Top of Stack | 3041.4 mm | 119 in |
| 4 | Width of Tractor - Counterweight Extended | 4463 mm | 176 in | 10 | Grouser Height | 47 mm | 1.9 in |
| 5 | Machine Height - Tip of Grouser to Top of Winch | 2519 mm | 99 in | 11 | Ground Clearance (SAE J1234) | 432.5 mm | 17 in |
| 6 | Drawbar Height (Center of Clevis) | 537.5 mm | 21 in | 12 | Boom Height - Tip of Grouser at SAE 4 ft (1.22 m) Overhang | 6361.7 mm | 251 in |