EXHIBIT C

Alexander Road East facing East



Alexander Road East facing West

