Jarmain Road West facing West



Nelson Road facing West



Old Dutch Hollow Road facing East

