Wallace B. Neel
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022
(212) 521-5400
wneel@reedsmith.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION CORPORATION, | : | Civil Action No. 07 cv 5739 (KMK) ECF CASE |
| | : | |
| Plaintiff, | : | |
| - against - | : | |
| LEWIS PERRY, YOLANDA PERRY, ALEXANDER ROAD ASSOCIATION, INC., ANTHONY VULPONE, ESTATE OF ANTHONY VULPONE, ROBERT ANTALOCY, THOMAS HARRIS, DOLORES A. KORZ, JOHN P. KILDUFF, KENNETH LEE d/b/a "I CAN GET IT FOR YOU WHOLESALE", SALLIE E. HARMON, PAUL RUGGIERO, MICHELLE RUGGIERO, TERRANCE DONNARY, ANDREW PERNA, KAREN PERNA, ROBERT McMAHON, CARL McMAHON, KELVIN M. LEWIS, MARCHELLE KIRBY, JHON GORDON, RUTH MONROE, EDWARD R. MATEO, ROSANN P. MATEO, ADAM DORAN, NICOLE DORAN, CREDENCE DEVELOPMENT INC., RICHARD DELISI, ADELAIDE FAULKNER, PAUL ESPEL, CAROL ESPEL, DAWN FORNOFF, RICHARD BURTON, GARY MARINA, and JOHN DOE NO. "1" through "10" inclusive, the names of the last ten defendants being fictitious, the true names being unknown to plaintiff, the parties intended being those having an ownership interest in property effected by a certain easement described in the complaint, | : : : : : : : : | |
| Defendants. | : | |

----------------------------------------------------------------X

**PLAINTIFF'S COUNTER-STATEMENT PURSUANT TO LOCAL CIVIL RULE 56.1**

Plaintiff Columbia Gas Transmission Corporation ("Columbia"), pursuant to Local Civil Rule 56.1(a), submits the following counter-statement of material facts in opposition to the Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56 (the "Responding Defendants' Motion") filed by defendants Lewis Perry, Yolanda Perry, Alexander Road Association, Inc., Edward Mateo, Rosann Mateo, Richard Delisi, Adam Doran, Nicole Doran, and Credence Development, Inc. ("Responding Defendants"):

1.     Denies the allegations, except admits that Columbia, among other rights, has the "right of ingress, egress, and regress to and from" certain lands currently owned by the defendants, "together with the right to maintain, operate, repair, and remove its existing pope lines for the transportation of gas on said land," and specifically refers this Court to the relevant easement for its terms and conditions. Declaration of Andrew G. Lake, dated June 17, 2008 ("Lake Opp'n Decl."), Ex. A.

2.     Denies the allegations and specifically refers this Court to the relevant easement for its terms and conditions. Lake Opp'n Decl. Ex. A.

3.     Denies the allegations and specifically refers this Court to the relevant easement for its terms and conditions. Lake Opp'n Decl. Ex. A.

4.     Denies the allegations, but admits that the certain Responding Defendants' properties fall within the scope of and are subject to the terms and grants of the relevant easement. Reply ¶ 3.

5.     Denies knowledge or information sufficient to form a basis as to the truth of the allegations.

6.     Denies the allegations, except admits that the reasonable and necessary permanent width of the right of way pursuant to the relevant easement is 50 feet (25 feet on either side of the pipeline). Reply ¶ 9; Lake Opp'n Decl. Ex. A.

7.     Denies the allegations, except admits that the reasonable and necessary permanent width of the right of way may temporarily expand to 75 to 150 feet on either side of the pipeline during times of construction or major work. Reply ¶ 9 Lake Opp'n Decl. Ex. A.

-2-

8.      Denies the allegations and specifically refers this Court to the relevant easement for its terms and conditions. Lake Opp'n Decl. Ex. A.

Accordingly, Responding Defendants' motion for summary judgment should be denied and Columbia's pending motion for summary judgment should be granted.

Dated: June 18, 2008
       New York, New York

                                        Respectfully submitted,

                                        **REED SMITH LLP**

                                        _____
                                        Wallace B. Neel
                                        599 Lexington Avenue
                                        New York, NY 10022
                                        Telephone: 212.521.5400
                                        wneel@reedsmith.com

                                        *Attorneys for Plaintiff*
                                        *Columbia Gas Transmission Corporation*