County Route 5 facing East



