Jarmain Road East facing West



Jarmain Road West facing East

