EXHIBIT D

February 14, 1992

COLUMBIA GAS TRANSMISSION CORP
PO Box 599
Sparrow Bush, NY 12780

Attn: Laurie Allikso

Re:  Property on Alexander Road, Warwick NY

Dear Ms. Allikso:

Please find enclosed a description (map) of our planned intent.

We are aware of the fact that any damage to our property caused by possible Gas Company use of the easement would have to be repaired at our expense.

The suggested plan (provided) indicates the only method by which this property can be properly utilized..present land area requirements for septic and building are much greater than they were when the property was last sold.

We have assessed all the physical and logistical aspects as they pertain to us and we forsee no problems.

Please advise,

Ed Mateo
One Esplanade
Hillsdale NJ 07642
201-666-2414

FEB 2 0 1992

® ALL-FORMS INC.  One Esplanade Hillsdale NJ 07642
[201] 684-8110    [201] 666-2414

Hand-drawn site plan with the following annotations:

- WELL
- PROPOSED HOME (24' × 30'), 30' setback, 7'
- 25' (to tank)
- NEIGHBORS PROP
- 175'
- D.B.
- 25'
- TANK
- 4" SOIL LINE P.V.C. 12" BELOW GRADE
- COLUMBIA GAS COMPANY
- TILE LATERAL 20" BELOW GRADE
- PROPOSED SEPTIC FIELD
- 23'
- N (north arrow)
- ALEXANDER RD., WARWICK, N.Y.