EXHIBIT E

**COLUMBIA GAS**
Transmission



April 3,1992

Ed Mateo
One Esplanade
Hillsdale, NJ 07642

Mr. Mateo,

After reviewing your site plans for your property on Alexander Road in Warwick, New York, I am making the following recommendations:

As shown in your drawing, the four inch septic line may cross perpendicularly to the gas main. After installing the pipe, plastic identifying ribbon shall be installed above the pipe for future warning of it's presence.

The lateral line shown within the Right-of-Way will be the only one allowed in the ROW.

Additionally, you will be responsible for any damage or repairs to be made to the four inch main and the lateral line should Columbia Gas Transmission have to make any repairs to the gas main. Also, a Columbia Gas representative shall be present to inspect the installation as it's being done. We require two days' notice prior to this activity. Under no circumstances will we allow excavation over the pipeline without a qualified person on site to supervise.

I have enclosed a copy of Columbia Gas' "Guidelines for Construction Activities On Rights-Of-Way and in the vicinity of Gas Pipelines". In particular, please note the section on Excavation in Vicinity of Pipelines, and Crossing Pipelines With Heavy Equipment.

If I can be of any further assistance, please feel free to call.

Thank you.

Laurie N. Allikso, Operations Supervisor
Port Jervis Sub-Area


A. Lake

COLUMBIA GAS TRANSMISSION CORPORATION

GUIDELINES FOR CONSTRUCTION ACTIVITIES ON
RIGHTS-OF-WAY AND IN THE VICINITY OF GAS PIPELINES

**GENERAL**

No construction or other earth activities of any description, including utility construction and operation, blasting, grading, pipe laying, trenching for gas and electric, phone, water and sewer lines, logging operations shall be conducted within the easement areas of gas pipelines before Columbia personnel have identified the actual location of its gas facilities. Suitable arrangements can then be made for the protection of Columbia's facilities and the removal working areas for outside parties. Columbia does not waive any rights it may have in support of or in connection with the use and operation of its facilities in the area.

1) **Crossing Pipelines with Heavy Equipment**

During construction to adequately protect Columbia's pipelines from damage which would be caused by the crossing of heavy equipment, mats, structural or other protective material approved by the Company may be required. The Company shall be contacted for approved protective methods. This additional earth burden shall be removed after construction unless otherwise directed on Columbia's easement.

2) **Excavation in Vicinity of Pipelines**

   a) No excavation with powered equipment shall be made on the right-of-way without prior notification to the Company's local operating personnel.

   b) All excavations that are done within 3 feet of the pipe shall be hand dug.

3) **Blasting**

   No blasting within Company right-of-way. The Peak particle velocity measurement of the pipeline shall not exceed 12 inch per second. The blasting work from any blasting Company shall be monitored and recorded at all times by a Seismograph conducted by the blasting contractor with the capability to produce certified copies of all readings, if requested.

**RIGHT-OF-WAY**

To maintain an unobstructed right-of-way to permit its maintenance, adequate patrol of its pipelines, the following standards listed below is to be adhered to as guidelines:

1) The existing cover, with a minimum of 50 inches of backfill over the transmission pipelines, will be maintained and used as a guide for leveling purposes. If the minimum cover can not be met, The minimum cover over pipelines in roads and road ways, including the adjacent ditch that must be 48 inches, used for future minimum cover at street and road crossings.

2) Where other underground or above ground structures are being installed a minimum of 25 feet of clearance on each side of pipelines should be maintained. However, where two or more pipelines share a common right-of-way, underground or above ground structures should not be installed within 25 feet of each pipeline. All underground crossings of the pipeline must maintain a vertical clearance of at least 12 inches.

3) No above ground or below ground structure of any type shall be placed within 25 feet of any pipeline.

4) Pipeline easement will not be shared with other utilities. All water valves, curb boxes, manholes, etc. will be outside the easement.

5) Sewers should cross pipelines at or as near 90° as practical, but not less than 45°.

6) Casing shall be installed if mandated by county or township regulations at each crossing of a proposed road or street. If necessary, to protect the pipeline from construction activities. Other protective measures may be used instead of casing if appropriate and approved by all involved parties.

7) Septic tanks and fields should be placed so they will drain away from the pipelines where practical but in no case shall they be placed on the right-of-way outlined above.

8) The right-of-way may be planted in lawn and small shrubs and may be used for normal agricultural purposes. No other planting may be made on the right-of-way.

**NOTE:**

These guidelines supercede any and all prior guidelines and/or directives outlining policy and procedure pertaining to limiting activities and placements on or immediately adjacent to Columbia Gas Transmission facilities by outside parties or individuals. Existence of or the ramifications from the implementation of prior guidelines will not dictate, direct, or provide for exemption of any of the above guidelines.